**SO ORDERED.**

Dated: December 21, 2010

_____
**CHARLES G. CASE, II**
**U.S. Bankruptcy Judge**

1  **TIFFANY & BOSCO**
   P.A.

2  **2525 EAST CAMELBACK ROAD**

3  **SUITE 300**
   **PHOENIX, ARIZONA 85016**

4  **TELEPHONE: (602) 255-6000**

5  **FACSIMILE: (602) 255-0192**

6  Mark S. Bosco
   State Bar No. 010167

7  Leonard J. McDonald
   State Bar No. 014228

8  Attorneys for Movant

9  10-30935

10            **IN THE UNITED STATES BANKRUPTCY COURT**

11              **FOR THE DISTRICT OF ARIZONA**

12

13  IN RE:                                          No. 2:10-bk-35037-CGC

14  Jeffrey W. Freeman and Mary E. Freeman          Chapter 13
              Debtors.
15  _____        ORDER

16  Wells Fargo Bank, N.A.
              Movant,                               (Related to Docket #12)
17        vs.

18  Jeffrey W. Freeman and Mary E. Freeman, Debtors,
    Russell A. Brown, Trustee.
19
              Respondents.
20

21

22        Movant's Motion for Relief from the Automatic Stay and Notice along with the form of proposed

23  Order Lifting Stay, having been duly served upon Respondents, Respondents' counsel and Trustee, if any,

24  and no objection having been received, and good cause appearing therefore,

25        IT IS HEREBY ORDERED that all stays and injunctions, including the automatic stays imposed

26

by U.S. Bankruptcy Code 362(a) are hereby vacated as to Movant with respect to that certain real property which is the subject of a Deed of Trust dated March 22, 2004 and recorded in the office of the Maricopa County Recorder wherein Wells Fargo Bank, N.A. is the current beneficiary and Jeffrey W. Freeman and Mary E. Freeman have an interest in, further described as:

> Lot 193, of NORTHWEST RANCH UNIT 2 PHASE D, according to the plat of record in the office of the County Recorder of Maricopa County, Arizona, recorded in Book 567 of Maps, Page 18; and affidavit of Correction recorded in Document No. 2001-641462 and Document No. 2001-790106 and recorded in Document No. 2002-291929.

IT IS FURTHER ORDERED that Movant may contact the Debtor(s) by telephone or written correspondence regarding a potential Forbearance Agreement, Loan Modification, Refinance Agreement, or other Loan Workout/Loss Mitigation Agreement, and may enter into such agreement with Debtors. However, Movant may not enforce, or threaten to enforce, any personal liability against Debtors if Debtors' personal liability is discharged in this bankruptcy case.

IT IS FURTHER ORDERED that this Order shall remain in effect in any bankruptcy chapter to which the Debtor may convert.